## United States District Court

__SOUTHERN__ **DISTRICT OF** __FLORIDA__

UNITED STATES OF AMERICA

**V.**

**FAITH A. SCHMIDT**

FILED by _____ D.C.

NOV - 3 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S.D. OF FLA.-FT. LAUD.

**CRIMINAL COMPLAINT**

CASE NUMBER: 09-6426-Seltzer

I, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. From on or about October 7, 2009, through on or about November 2, 2009, at Broward County in the Southern District of Florida, the defendant did knowingly, willfully and unlawfully execute and attempt to execute a scheme and artifice to defraud a financial institution, to wit, Bank Atlantic, and to obtain monies, funds, credits, assets, securities, and other property owned by and under the control of the financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT.

CASEY SMITH
U.S. SECRET SERVICE

Sworn to before me, and subscribed in my presence,

__November 3, 2009__      **at**      __Fort Lauderdale, Florida__
Date                                         City and State

**BARRY S. SELTZER**
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Casey Smith, being duly sworn, do hereby depose and state:

1.      I am a Special Agent of the United States Secret Service ("USSS") and have been so employed since January 2009.  I am currently assigned to the Miami Field Office and my duties include, among other things, the investigation of bank fraud.

2.      The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel.  The information set forth here is provided solely for the purpose of establishing probable cause in support of the criminal complaint.    Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your Affiant is aware.

3.      On or about October 6, 2009, Al Otis Elevator Company was incorporated in the State of Florida with FAITH ANN SCHMIDT listed as the president.  The address listed is 200 N.W. 59 Avenue, #300, Miami Lakes, Florida.

4.      On October 7, 2009, FAITH SCHMIDT opened a business checking account number ending in 1215 at Bank Atlantic located at 6100 Glades Road, Boca Raton, Palm Beach County, Florida.  The name on the account was Al Otis Elevator Company and the address on the account is 200 N.W. 59 Avenue #300, Miami, Florida.

5.      SCHMIDT opened the account at Bank Atlantic with a deposit with check number 98 in the amount of $100 drawn on a Sun Trust Bank account ending in 4266.  The check number 98 used to make the deposit of $100 was later returned for insufficient funds.  Sun Trust Bank later advised that the check number 98 was drawn on an account that was fraudulently opened by FAITH SCHMIDT in September 2009.

6.     On or about ~~November~~ October 7, 2009, SCHMIDT went to Bank Atlantic located at 1299 South Military Trail, Deerfield Branch, Broward County, Florida and deposited check number 66720 in the amount of $109,859.40 drawn on the account of Moss and Associates with Northern Trust Bank into the Al Otis Elevator Company business account ending in 1215.   The check was payable to Otis Elevator Company, 16200 NW 59th Avenue Suite 109, Miami Lakes, Florida.

7.     On or about October 16, 2009, SCHMIDT went to Bank Atlantic located at 6100 Glades Road, Boca Raton, Florida where she signed two requests for wire transfers from the Al Otis Elevator Company account ending in 1215. One transfer was in the amount of $50,000 to Shangai, China, and the other was in the amount of $17,600 to Dubai, United Arab Emirates.

8.     On or about October 16, 2009, Bank Atlantic's Loss Prevention Department ~~advised~~ learned that the check in the amount of $109,859.40 which was deposited into the Al Otis Elevator Company account ending in 1215 was stolen and fraudulently deposited.

9.     On or about October 16, 2009, Otis Elevator advised Bank Atlantic that they were expecting a check number 66720 in the amount of $109,859.40 from their vendor Moss and Associates. They advised that the check was dated October 1, 2009, and was made payable to Otis Elevator Company 16200 NW 59th Avenue, Suite 109 Miami Lakes, Florida

10.    On or about November 2, 2009, SCHMIDT went to Bank Atlantic located at 1600 South Federal Highway, Pompano beach, Broward County, Florida.   She requested a account statement of the Al Otis Elevator account ending in 1215. After

2

learning the account was overdrawn, she made a deposit of $90 to cover the overdrawn amount on the account. She was subsequently arrested.

11.     Based on the information stated above, the Affiant submits that there is probable cause to believe that FAITH ANN SCHMIDT did knowingly execute a scheme to defraud a financial institution in order to obtain moneys, funds, credits, assets, securities, or other property under the custody or control of Bank Atlantic by means of false pretense in violation of Title 18, United States Code, Section 1344

FURTHER AFFIANT SAYETH NOT.

Casey Smith
Special Agent, United States Secret Service

Sworn to and subscribed before
me this 3rd day of November, 2009

HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3