# UNITED STATES DISTRICT COURT
### Southern District of Florida

UNITED STATES OF AMERICA )   Case Number:  CR _09 - 60341-Cr. WJZ_
                Plaintiff )

            )   REPORT COMMENCING CRIMINAL
       -VS-        )   ACTION

_Schmidt, Faith_ )   _86600-004_
       Defendant          USMS NUMBER

FILED by _____ D.C.

TO:  Clerk's Office   MIAMI   FT. LAUDERDALE   W.PALM BEACH   JUL - 2 2010
    U.S. District Court      FT. PIERCE

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD

                     (circle one of above)

NOTE:   CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

All items are to be completed.  Information not applicable or unknown will be indicated "N/A".

(1)   Date and Time of Arrest: _07/01/10_    am/pm

(2)   Language Spoken: _english_

(3)   Offense(s) Charged: _Probation violation_

(4)   U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5)   Date of Birth: _5/12/76_

(6)   Type of Charging Document:  (check one)
    [ ] Indictment   [ ] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _SD/Fl_

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)   Remarks: _____

(8)   Date: _7/1/10_    (9) Arresting Officer: _USMS_

(10) Agency: _USMS_     (11) Phone: _____

(12) Comments: _____