AO 442 (Rev. 03/04) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

Case No. 09-60341-CR-ZLOCH

**United States of America**
    v
**Faith Schmidt**

## WARRANT FOR ARREST

FILED by _____ D.C.
JUL - 2 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – FT. LAUD

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Faith Schmidt</u> and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ **Pretrial Services Violation Petition** charging him with Bond Violation, in violation of Title 18 United States Code, Section 3148

No bond is recommended by U.S. Probation Officer     Bonita Abrams-Holmes

Bail fixed at: No Bond-Detain        by    Barry S. Seltzer, Magistrate Judge
                                                                          Name of Judicial Officer

Signature of Issuing Judicial Officer        July 1, 2010 at, Fort Lauderdale, FL
                                                                          Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Boca Raton, FL by USMS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/01/2010 | | |
| DATE OF ARREST | Neil DeSousa, (A)US Marshal, SDFL | Michael Witkowski, ASDUSM |
| 7/01/2010 | | |

cc: U.S. Probation Office
      U.S. Marshal Service

1926688
1004-0701-8499-B