UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 09-60341-CR-ZLOCH

   Plaintiff,

vs.

FAITH SCHMIDT                    /

## SENTENCING MINUTES

Date: Sept. 23, 2010          Court Reporter: Carl Schanzleh

Asst. U.S. Attorney: Jennifer Keene, AUSA

Defense Counsel: Mark Solomon, Esq.

Probation: Tracy Webb          Interpreter: ___

Defendant: __X__ Present ___ Not Present ___ On Bond __X__ In Custody

## JUDGMENT AND SENTENCE

IMPRISONMENT:   Count                    Months

1, 2-6, 8, 9                  21 as to each ct,
                              serve concurrently

COMMENTS: ___

SUPERVISED RELEASE: 5 yrs. as to each ct., run concurrently

___ Maintain Employment  ✓ Search Person/Property  ___ Deportation

✓ Drug/Alcohol Treatment  ✓ Financial Disclosure  ✓ No Debt

___ No Self-Employment Without Permission    OTHER:

mental health treatment

SPECIAL ASSESSMENT: $ 800.00   FINE: $ 0   RESTITUTION: $233,915.10
                                                         jt with co-defendant

OTHER:_____

Counts remaining dismissed on Government motion:_____

___√___ Defendant advised of his right to appeal

___√___ Remanded to U.S. Marshal    _____ Released on bond pending appeal

_____ Voluntary surrender to_____ designated institution _____ U.S. Marshal on or before _____

Recommendations to the Bureau of Prisons:_____

_____

_____

Miscellaneous:_____ Courtroom Clerk:    Barbara Coats _____

_____

_____