UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60341-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODA ABDUL HASSAN TAHER,

        Defendant,
   and

SINGH'S BAIL BONDS,

        Surety.
_____/

## MOTION FOR REVOCATION AND ESTREATURE AND FOR ENTRY OF A FINAL JUDGMENT OF FORFEITURE OF CORPORATE BOND

**Comes now**, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, and moves this court to revoke and estreat the corporate surety bond and enter a final judgment of forfeiture of the corporate surety bond in favor of plaintiff and against defendant, Roda Abdul Hassan Taher, and surety, Singh's Bail Bonds, Inc., in the amount of $100,000.00, corporate surety bond. Plaintiff will rely in support hereof upon the annexed Memorandum of Law.

### PROCEDURAL HISTORY

On November 10, 2009, Roda Abdul Hassan Taher, (hereinafter the defendant) was arrested on charges of bank fraud. A complaint was filed on November 12, 2009 (D.E.: 1). On November 12, 2009, the defendant appeared before Magistrate Judge Lurana S. Snow for an initial appearance at which time a detention hearing was scheduled for November 17, 2009 (D.E.: 4, 5). On November

17, 2009, Magistrate Judge Snow set a $200,000 corporate surety bond with a *Nebbia* requirement for the defendant. On December 8, 2009, the defendant was named in Counts 1 and 7 through 9 of the indictment in this case. On January 4, 2010, a bond hearing was held before Magistrate Judge Snow at which time Magistrate Judge Snow reduced the $200,000 corporate surety bond to a $100,000 corporate surety bond (D.E.: 30).

On January 14, 2010, defendant, Roda Abdul Hassan Taher, and surety, Singh's Bail Bonds, Inc., executed a corporate surety bond on behalf of the defendant in the sum of $100,000.00, to guarantee the defendant's appearance as ordered by the Court.

On May 5, 2010, the defendant failed to report as ordered for his sentencing hearing in this case. The sentencing hearing was continued to May 6, 2010. The defendant failed to appear on May 6th, 2010, and at that time, the defendant's counsel informed this Court that the defendant's whereabouts were unknown. On the same date, May 6, 2010, this Court issued an Order transferring the defendant to fugitive status (D.E.:66). The defendant remains a fugitive as of the date of this pleading.

The defendant has not honored the terms of the corporate surety bond. The defendant has absconded from supervision, failed to appear to Pretrial Services or to Court as directed, and failed to maintain his residence as directed by the Court.

**MEMORANDUM OF LAW ON REQUEST FOR ESTREATURE**

The provisions of Fed.R.Crim.P. 46(f)(1), provide that: "The court must declare the bail forfeited, if a condition of the bond is breached." It has been held that the revocation or forfeiture required by these provisions is mandatory, even though it may later be set aside under the further provisions of Paragraph (f). United States v. Stanley, 601 F.2d 380 (9th Cir. 1979); Smith v. United States, 357 F.2d 486, 490 (5th Cir. 1966); Wright, Federal Practice & Procedure: Criminal 2d § 776.

No notice to the defendant or surety concerning the failure to appear or action for estreature is required, even though such notice is required in connection with a subsequent motion for appearance bond forfeiture judgment. United States v. Vera-Estrada, 577 F.2d 598 (9th Cir. 1979); United States v. Marquez, 564 F.2d 379, 381 (10th Cir. 1977).

The provisions of Fed.R.Crim.P. 46(f)(3) permit the Court, on motion, to enter judgment as to any bond previously estreated and not subsequently set aside, and further provide that the obligor on the bond submit to jurisdiction and irrevocably appoint the Clerk of Court their agent for service of process when they execute the bond.

Upon the failure of any defendant to adhere to a condition of release as directed by the Court, the provisions of 18 U.S.C. § 3146(d) permits the Court to declare forfeited to the United States any property posted or pledged to secure an appearance bond executed under the provisions of 18 U.S.C. §§ 3142(b), 3142(c)(1)(B)(xi) or (xii).

It is clear that upon failure of a bailed defendant to adhere to a condition of release as required the surety becomes absolutely obligated to the United States for the full amount of the bond, and that the government is not required in its motion to prove the amount of its expenses as a result of the breach. United States v. Foster, 418 F.2d 1254, 1256 (7th Cir. 1969); United States v. Caro, 56 F.R.D. 16, 20 (S.D. FL 1972); Wright, Federal Practice and Procedure: Criminal 2d § 776.

### REQUEST FOR BOND FORFEITURE JUDGMENT

**WHEREFORE**, the United States of America moves this Court to enter a final judgment of forfeiture of corporate surety bond as to the aforesaid defendant and surety in the sum of

$100,000.00 as to the surety, together with interest as prescribed by 28 U.S.C. § 1961, and the costs of this action.

Date: February 17, 2011  
Ft. Lauderdale, Florida

Respectfully submitted,

WIFREDO A. FERRER  
UNITED STATES ATTORNEY

By: *s/ Jennifer A. Keene*  
Jennifer A. Keene  
Assistant United States Attorney  
Florida Bar No. 0958263  
500 E. Broward Blvd., Suite 700  
Ft. Lauderdale, Florida 33394  
Tel: (954) 356-7255 Ext. 3596  
Fax: (954) 356-7336  
E-mail: Jennifer.Keene@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served today by First Class U.S. Mail for those counsel and/or parties who are not authorized to receive or did not receive electronically Notices of Electronic Filing as follows:

Singh's Bail Bonds, Inc.  
7045 N.W. 41st Street  
Miami, FL 33166

*s/ Jennifer A. Keene*  
Jennifer A. Keene  
Assistant United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60341-CR-ZLOCH

**UNITED STATES OF AMERICA,**

    **Plaintiff,**
**vs.**

**RODA ABDUL HASSAN TAHER,**

    **Defendant,**
  **and**

**SINGH'S BAIL BONDS, INC.,**

    **Surety.**
_____/

## FINAL JUDGMENT OF FORFEITURE OF CORPORATE SURETY BOND

**THIS MATTER** is before the court on the United States' Motion for a Final Judgment of Forfeiture of Corporate Surety Bond against defendant, Roda Abdul Hassan Taher, and as to the surety, Singh's Bail Bonds, Inc. The United States seeks to forfeit the corporate surety bond posted with this court in the sum of $100,000.00, plus accrued interest, if any, respectively, and the Court having noted the previous revocation and estreature of said corporate surety bond, and having found no basis for exonerating or remitting the bond, it is

**ORDERED AND ADJUDGED** that plaintiff, United States of America, have judgment against defendant, Roda Abdul Hassan Taher, and surety, Singh's Bail Bonds, Inc., in the sum of $100,000.00 as to the corporate surety bond, respectively, together with interest thereon from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid bond, shall be

forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid bonds, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Ft. Lauderdale, Florida, this _____ day of February, 2011.

        HONORABLE WILLIAM J. ZLOCH
        UNITED STATES DISTRICT JUDGE

cc:
AUSA Jennifer A. Keene
AUSA Elizabeth Stein (two certified copies)

Aggie Reed
Financial Section
Clerk's Office

Singh's Bail Bonds, Inc.
7045 N.W. 41st Street
Miami, FL 33166

John A. Weekes, Jr.
Weekes Law, P.L.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316
Attorney for defendant Roda Abdul Hassan Taher

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-60341-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RODA ABDUL HASSAN TAHER,

        Defendant.

SINGH'S BAIL BONDS, INC.,

        Surety.
_____/

## ORDER REVOKING SURETY AND ESTREATING APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for revocation and estreature of the corporate surety appearance bond of defendant Roda Abdul Hassan Taher and Singh's Bail Bonds, Inc., in the sum of $100,000, and is amply supported by the records of this Court; therefore, it is hereby

**ORDERED AND ADJUDGED** that the appearance bond of defendant Roda Abdul Hassan Taher in the sum of $100,000 is hereby revoked and estreated.

**DONE AND ORDERED** in chambers in Miami, Florida, this _____ day of February, 2011.

                                          _____
                                          WILLIAM J. ZLOCH
                                          UNITED STATES DISTRICT JUDGE

cc:

AUSA Jennifer A. Keene

AUSA Elizabeth Stein (two certified copies)

Aggie Reed
Financial Section
Clerk's Office

Singh's Bail Bonds, Inc.
7045 N.W. 41st Street
Miami, FL 33166


John A. Weekes, Jr.
Weekes Law, P.L.
400 S.E. 8th Street
Ft. Lauderdale, FL 33316
Attorney for defendant Roda Abdul Hassan Taher