AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | FLORIDA |

UNITED STATES OF AMERICA
V.
Faith Schmidt
3603 Wilderness Drive West
Fort Pierce, Florida 34982

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 09-60341-CR-ZLOCH

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Before: Magistrate Judge Alicia O. Valle

Room
Courtroom to be determined

Date and Time
3-31-15 @ 11:00 am

To answer a(n)   (Select Probation or Supervised Release) Supervised Release

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   [x] Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3583(i)__

Brief description of violation:
1) Failing to work at lawful occupation; 2-5) By applying for, soliciting or incurring further debt without first obtaining permission of the United States Probation Officer; 6) Failing to satisfy the court-ordered restitution; 7) Failing to follow the instructions of the probation officer; 8) Failing to submit a truthful and complete written monthly report; 9) 8) Failing to submit a truthful and complete written monthly reports for January and February 2015.

The Honorable William J. Zloch, U.S District Judge
Name and Title of Issuing Officer and /or Designee

Signature of Issuing Officer

3-18-15
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE ||
|---|---|
| Service was made by me on:[1] Faith Schmidt (Offender Name) | Date 3/19/15 |

| Check one box below to indicate appropriate method of service |
|---|
| ☑ Served personally upon the defendant at: UNITED STATES COURTHOUSE 101 SOUTH HIGHWAY 1, STE 1094 FORT PIERCE, FL. 34950 |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

FILED by _____ D.C.

MAR 19 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___March 19, 2015___       /s/ Reginald D. Michael
                Date                          Chief, United States Probation Officer

                                              _____
                                              (by)  Heath Schur
                                              United States Probation Officer

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.