```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 09-60341-CR-ZLOCH
```

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                     **O R D E R**

FAITH SCHMIDT,

      Defendant.
_____/

    THIS CAUSE came before the Court for hearing on Supervised Release Violation on June 25, 2015.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated her conditions of Supervised Release as set forth in violations 1, 3, 4, 5, and 6 of the Petition (DE 151) and the defendant admits same. However, revocation is not necessary at this time.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's Supervised Release is hereby reinstated, together with all standard and special conditions, and all modifications previously imposed are reimposed at this time.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   26th   day of June, 2015.



                                              WILLIAM J. ZLOCH
                                              United States District Judge

cc:  Jennifer Keene, Esq., AUSA
     Timothy Day, Esq., AFPD
     Heath Schur, U.S. Probation